# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KING ANTWAN DERRICK WILSON ALI BEY, | ) ) ) ) | CASE NO. 1:14cv1559 |
| PLAINTIFF, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | MEMORANDUM OPINION AND ORDER |
| JOSEPH RUSSO, Judge, et al, | ) ) ) | |
| DEFENDANTS. | ) | |

On July 15, 2014, 2012, *pro se* plaintiff "King Antwan Derrick Wilson Ali Bey" filed this action against defendants, Cuyahoga County Court of Common Pleas Court Judge Joseph Russo and Clerk of Court Andrea Rocco. The complaint consists entirely of confusing legal rhetoric, but appears to assert generally that defendants do not possess legitimate authority.

Principles requiring generous construction of *pro se* pleadings are not without limits. *Beaudett v. City of Hampton*, 775 F.2d 1274, 1277 (4th Cir. 1985). Given the most liberal construction, the complaint does not contain allegations suggesting plaintiff might have a valid federal claim, or that there is a plausible basis for this Court's jurisdiction. This case is, therefore, appropriately subject to summary dismissal. *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999); *see Hagans v. Lavine*, 415 U.S. 528, 536-37, 94 S. Ct. 1372, 39 L. Ed. 2d 577 (1974) (citing numerous United States Supreme Court cases for the proposition that attenuated

or unsubstantial claims divest the district court of jurisdiction); *see also In re Bendectin Litig.*, 857 F.2d 290, 300 (6th Cir. 1988) (recognizing that federal question jurisdiction is divested by unsubstantial claims).

Accordingly, this action is dismissed.

**IT IS SO ORDERED**.

Dated: August 12, 2014

                                   **HONORABLE SARA LIOI**
                                   **UNITED STATES DISTRICT JUDGE**